IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AVERY SOUFFRANT,

    Plaintiff,

vs.                              CASE NO. 5:10-cv-270/RS-GRJ

SMILEY, and SELLERS,

    Defendants.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 45). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 30) is **GRANTED**.

3. This case is dismissed in its entirety.

4. The clerk is directed to close the file.

**ORDERED** on February 23, 2012.

                                                /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**